# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Cheryl | Date Created: 9/27/2018 |
| Case: 18−12145−KG | Form ID: van313 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV
tr     Jeoffrey L. Burtch     jburtch@burtchtrustee.com
aty     Colin R. Robinson     crobinson@pszjlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Taylor Gourmet 1 N Dearborn LLC     1116 H Street NE     Washington, DC 20002

TOTAL: 1