# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Cheryl | Date Created: 9/27/2018 |
| Case: 18−12145−KG | Form ID: 309C | Total: 454 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Taylor Gourmet 1 N Dearborn LLC | 1116 H Street NE | Washington, DC 20002 | |
| tr | Jeoffrey L. Burtch | P.O. Box 549 | Wilmington, DE 19899 | |
| aty | Colin R. Robinson | Pachulski Stang Ziehl & Jones LLP | 919 North Market Street | 17th Floor    Wilmington, DE 19801 |
| 12832378 | 185 Morgan Owner LLC | PO Box 2194 | Hicksville, NY 11802 | |
| 12832379 | 888 17th St. Corp | 888 17th ST NW, Ste 205 | c/o Brawner Mgmt | Washington, DC 20006 |
| 12832380 | ABC Imaging of Washington, Inc. | 8474 Tyco Rd | Unit C | Vienna, VA 22182 |
| 12832381 | ACME Paper & Supply Co., Inc. | 8229 Sandy Court | PO Box 422 | Savage, MD 20763 |
| 12832382 | Agnew, Demetrius | 4213 Brooks St NE Apt 301 | Washington DC, 20019 | |
| 12832383 | Aguiluz, Angel | 12611 Holdridge Road | Silver Spring, MD 20906 | |
| 12832384 | Albanes Menjivar, Rosa | 3404 25Th St S | Arlington, VA 22206 | |
| 12832385 | Alcala Redman, Angel | 5407 16Th Ave | Apt T4 | University Park, MD 20782 |
| 12832386 | Alcala Redman, Maria Carolina | 2914 Damson Ave | Silver Spring, MD 20902 | |
| 12832387 | Alexander, Anthony | 3417 W Le Moyne | Chicago, IL 60651 | |
| 12832388 | Alfaro, Karina | 3213 University City Blvd W | #21 | Kensington, MD 20895 |
| 12832389 | Alvarado Monterrosa, Gloria del C | 7415 Hendrick Drive | Hyattsville, MD 20784 | |
| 12832390 | Alvarado Reyes, Jennifer | 1525 Jasper St | Silver Spring, MD 20902 | |
| 12832391 | Alvarez, Jim | 1309 S Thomas Street | Arlington, VA 22204 | |
| 12832392 | Amaya, Carlos | 7618 Georgia Ave NW | Washington, DC 20012 | |
| 12832393 | Amaya, Leslie | 2300 Hermitage Ave | Silver Spring, MD 20902 | |
| 12832395 | Amaya, Merary | 1602 Keokee Street | Hyattsville, MD 20783 | |
| 12832394 | Amaya, Sandra | 4427 29Th Street | Brentwood, MD 20722 | |
| 12832396 | Amaya, Yuris | 9121 Springhill Ln | APT 202 | Greenbelt, MD 20770 |
| 12832397 | Ameritel Corporation | 15010 Boschart Road | Rockville, MD 20850 | |
| 12832398 | Amkas, Putri | 9719 51St Avenue | College Park, MD 20740 | |
| 12832399 | Anagnos, Clarissa | 7711 South Michigan Avenue | Chicago, IL 60619 | |
| 12832400 | Anajjar, Lahcen | 302 E Deal Ave | Alexandria, VA 22301 | |
| 12832401 | Anazco, Diana C | 1514 W Fry | Chicago, IL 60642 | |
| 12832402 | Aragon, Elizabeth | 2307 S 59Th Ct | Cicero, IL 60804 | |
| 12832403 | Aramark Uniform Services | 25259 Network Place | Chicago, IL 60673−1252 | |
| 12832404 | Arellano, Leticia | 2125 N. Stave | Chicago, IL 60647 | |
| 12832405 | Arevalo, Brenda | 1660 Thenia Place | Woodbridge, VA 22192 | |
| 12832406 | Arevalo, Raquel | 1362 Quincy St NW | Washington, DC 20011 | |
| 12832407 | Argueta, Alexander | 2708 Kirkwood Place | Hyattsville, MD 20782 | |
| 12832410 | Argueta, Celia | 1379 Quincy St NW | Washington, DC 20011 | |
| 12832408 | Argueta, Ezequiel | 5111 8Th Rd S | Arlington, VA 22204 | |
| 12832409 | Argueta, Jacquelin | 7036 Eastern Ave | Washington, DC 20012 | |
| 12832411 | Ashton Park Associates III, LLC | 4075 Wilson Blvd | Suite 440 | Arlington, VA 22203 |
| 12832412 | Aslam, Faisal | 1920 Columbia Pike | Arlington, VA 22204 | |
| 12832413 | Astorga, Kimberly | 2439 S Culpeper St. | Arlington, VA 22206 | |
| 12832414 | Ayala De Velis, Idalia A. | 3808 Executive Avenue | Apt. A22 | Alexandria, VA 22305 |
| 12832415 | Ayala, Yolanda Del Carmen | 3150 16Th Street NW Apt B1 | Washington, DC 20010 | |
| 12832416 | B.F. Saul | 7501 Wisconsin Avenue, Suite 1500E | Bethesda, MD 20814 | |
| 12832417 | B.L. Air Quality Inc | 6150 Drum Point Rd | Deale MD, 20751 | |
| 12832418 | Baker, Terrell | 827 21St NE | Washington, DC 20002 | |
| 12832419 | Baldor Specialy Foods | 7715 Assateague Drive | Jessup, MD 20794 | |
| 12832420 | Balladares−Santos, Karina | 12411 Braxfield Ct | Rockville, MD 20852 | |
| 12832421 | Ballpark Residential LLC | 2300 Clarendon Blvd | Suite 710 | Arlington, VA 22201 |
| 12832422 | Baquedano, Maria del Carmen | 4321 Duke St | Alexandria, VA 22304 | |
| 12832423 | Barahora, Orlin | 1525 Jasper Street | Silver Spring, MD 20902 | |
| 12832425 | Barrientos, Leonor | 5223 Kenilworth Avenue | Hyattsville, MD 20781 | |
| 12832424 | Barrientos, Stefanie | 6177 Arlington Blvd | Falls Church, VA 22044 | |
| 12832426 | Barrow, Alex | 3213 University City Blvd W | #21 | Kensington, MD 20895 |
| 12832427 | Batres Guevara, Moises | 6101 16Th Street NW | Apt. 709 | Washington, DC 20011 |
| 12832428 | Ben, Andrew | 4505 B Street Se | washington, DC 20019 | |
| 12832429 | Bernardino Lue, Arely Gloricel | 2503 Parker Ave | Silver Spring, MD 20902 | |
| 12832430 | Bizerba USA Inc. | 1804 Fashion Ct | Joppa, MD 21085 | |
| 12832431 | Black Iron Group | 40 Richards Ave 3rd Floor | Norwalk, CT 06854 | |
| 12832432 | Blanco, Gilmer | 800 South Florida St | Arlington, VA 22204 | |
| 12832433 | Bojorquez, Luis | 1525 Jasper St | Silver Spring, MD 20902 | |
| 12832434 | Bojovic, Marko | 108 Michigan Ave NE | Washington, DC 20017 | |
| 12832435 | Bonilla, Gaby | 2108 Reedie Dr | Silver Spring, MD 20903 | |
| 12832436 | Boothe, Jacqueline | 4425 Arnold Road | Suitland, MD 20746 | |
| 12832437 | Bosset, Jean−Luc | 766 North Ripley St | Alexandria, VA 22304 | |
| 12832438 | Bowman, Justin | 7321 Cross St | Forestville, MD 20747 | |
| 12832439 | Boyd, Semaj | 1254 W Grenshaw | Chicago, IL 60607 | |
| 12832440 | Broadnax, Camille | 2319 W 19Th Street | Chicago, IL 60608 | |
| 12832441 | Brown, Joel J | 1351 E. 70Th | Chicago, IL 60637 | |
| 12832458 | CITY VISTA (E&A), LLC | 1272 5th St NE | Suite 200 | Washington, DC 20002 |

| | | | | |
|---|---|---|---|---|
| 12832463 | CONCEPT SERVICES | 12521 Amherst Dr | Austin, TX 78727 | |
| 12832442 | Cabrera Hernandez, Alex | 323 N Thomas St | Arlington, VA 22203 | |
| 12832444 | Cabrera, Marvin | 1209 7Th St NW | washington, DC 20001 | |
| 12832443 | Cabrera, Wilson | 20 Kenilworth Ave NE | Washington, DC 20019 | |
| 12832445 | Caceres, Hugo | 7111 Mint Place | Alexandria, VA 22306 | |
| 12832446 | Calix, Jennifer | 1312 Delafield Pl. NW | Washington, DC 20011 | |
| 12832447 | Campbell, Deandra | 5119 Fitch St Se | Washington, DC 20019 | |
| 12832448 | Canton, Cleophus | 4718 Heath St | Capital Heights, MD 20743 | |
| 12832449 | Carela, Altagracia | 3404 39Th Place | Brentwood, MD 20722 | |
| 12832450 | Carranza, Veronica | 3012 S. 17Th Street | Arlington, VA 22204 | |
| 12832451 | Casarrubias, Olivia | 1416 R St.NW | Washington, DC 20009 | |
| 12832452 | Castillos, Ana | 7303 16Th Pl | Haysttsville, MD 20783 | |
| 12832453 | Cedillo Ramos, Jose | Dennis Ave | Silver Spring, MD 20902 | |
| 12832454 | Cerbo, Nathaniel | 5652 Thunder Hill Road | Columbia, MD 21045 | |
| 12832455 | Champion Utility Billing Services, LLC | 5671 SE Crooked Oak Ave | Hobe Sound, FL 33455 | |
| 12832456 | Chicas Garcia, Deysi | 3327 Chauncey Place | #102 | Mount Rainer, MD 20712 |
| 12832457 | City Carbonic | 7709 W 98th St | Hickory Hills, IL 60457 | |
| 12832459 | Clarke, Victor M | 8711 Arliss St., Apt 301 | Silver Spring, MD 20901 | |
| 12832460 | Claros, Benedicto | 2553 Ross Rd | Silver Spring, MD 20106 | |
| 12832461 | Claros, Juana | 1240 N Rolfe Street | Arlington, VA 22209 | |
| 12832462 | Compass Coffee | 1535 7th St NW | Washington, DC 20001 | |
| 12832464 | Constanza Orantes, Rosa | 9951 Lee Highway | Fairfax, VA 22031 | |
| 12832465 | Corporation Guarantee & Trust Company | 3331 Street Road | Ste 110 | Bensalem, PA 19020 |
| 12832466 | Cozzini Bros, Inc. | 350 Howard Ave | Des Plaines, IL 60018 | |
| 12832467 | Cranshaw, Kyle | 7335 S Stewart | Chicago, IL 60621 | |
| 12832468 | Crooked Monkey | 1342 Florida Ave NW | Washington DC 20009 | |
| 12832469 | Cruz De Fuentes, Osiris Cecilia | 4105 7Th Street NW | Washington, DC 20011 | |
| 12832470 | Cruz, Daniela Banessa | 4283 58Th Ave | Apt 2 | Bladensburg, MD 20710–1914 |
| 12832471 | Cruz, Jose Emilio | 1443 Spring Road NW | Apt. 302 | Washington, DC 20010 |
| 12832472 | Cruz, Sorayda M | 7521 8Th St | Washington, DC 20012 | |
| 12832491 | DRC GROUP, INC. | 2420 14th St NW | 803 | Washington, DC 20009 |
| 12832473 | Dade, Alice | 1320 N Pierce St | Arlington, VA 22209 | |
| 12832474 | Daly, Crystal | 4125 N. Keystone Ave. | Chicago, IL 60641 | |
| 12832475 | Davaa, Batochir | 3900 Fairfax Drive #618 | Arlington, VA 22203 | |
| 12832476 | De La Cruz, Rufino | 1416 R St.Nw | Washington, DC 20009 | |
| 12832477 | De La Fuente, Madrid | 4521 N Malden | Chicago, IL 60640 | |
| 12832478 | De Paolis–Quispe, Benecio | 6359 Staghorn Ct | Alexandria, VA 22315 | |
| 12832479 | Del Cid, Claudia | 813 Quackenbos St NW | Washington, DC 20011 | |
| 12832480 | Dempsey Uniform & Linen Supply | 1530 Caton Center Drive, Suite K | Baltimore MD 21227 | |
| 12843176 | Department of Labor | Division of Unemployment Insurance | P.O. Box 9953 | Wilmington, DE 19809 |
| 12832481 | Developer Six, Inc. | 16192 Coastal Highway | Lewes, DE 19958 | |
| 12832482 | Diallo, Boubacar | 9785 Goodluck Road | #12 | Lanham, MD 20706 |
| 12832483 | Diaz, Antonio | 2211 Calbert St | Hyattsville, MD 20783 | |
| 12832484 | Diemar, Melinda | 901 Serenity Grove Terrace | Purcellville, VA 20132 | |
| 12832485 | DigiLink, Inc. | 840 South Pickett St | Alexandria, VA 22304 | |
| 12832486 | Dodrill, Robert | 13418 Daventry Way | Apt H | Germantown, MD 20874 |
| 12832487 | Dominguez, Mariella | 5501Trent Cort | Alexandria, VA 22311 | |
| 12832488 | Donald J. Weiss, Esq., PC | 6 Dickinson Drive | Suite 110 | Chadds Ford, PA 19317 |
| 12832489 | Doric, Nemanja | 3232 S 28Th Street | Apt 304 | Alexandria, VA 22302 |
| 12832490 | Douglas, Jeremiah Devon | 5702 Queens Chapel Road | Apt. 1 | Hyattsville, MD 20782 |
| 12832492 | ECOLAB FOOD SAFETY | 655 Lone Oak Dr | Eagan, MN 55121 | |
| 12832499 | ESKRIDGE, LLC | 2985 District Ave | Suite 105 | Fairfax, VA 22031 |
| 12832493 | Emperatriz Hernandez, Mery | 840 Berkshire Drive Apt. 3 | Hyattsville, MD 20783 | |
| 12832494 | Enriquez, Alba E | 1441 Somerset Pl NW | Washington, DC 20011 | |
| 12832495 | Erakovic, Aleksandar | 15 Bronco Ct | Germantown, MD 20874 | |
| 12832497 | Escobar, Emilio | 438 Irving Street NW | Washington, DC 20010 | |
| 12832498 | Escobar, Erika | 7701 Georgia Avenue NW Apt 601 | Washington, DC 20012 | |
| 12832496 | Escobar, Perla | 2100 Hildarose Dr. | Silver Spring, MD 20902 | |
| 12832500 | Estevez, Amanda | 2622 Wagon Dr | Alexandria, VA 22303 | |
| 12832501 | Estrada, Luis | 1212 South Thomas Street | Arlington, VA 22204 | |
| 12832503 | FEDERAL REALTY INVESTMENT TRUST | 6110 Executive Blvd | Rockville, MD 20852 | |
| 12832513 | FRANCE GRESHAM | 506 Main St | Suite 205 | Gaithersburg, MD 20878 |
| 12832502 | Faisal, Hiba | 6713 Cobbs Rd | Alexandria, VA 22310 | |
| 12832506 | Fernandez, Priscila A | 2806 Hollywood Road | #101 | Falls Church, VA 22043 |
| 12832504 | Fernndez, Ana | 3620 Stonesboro Rd | Fort Washington, MD 20744 | |
| 12832505 | Fernndez, Kathy | 3620 Stonesboro Road | Fort Washington, MD 20744 | |
| 12832507 | Filter, Morgan | 4833 N Sawyer Ave | Chicago, IL 60625 | |
| 12832508 | First Detection Systems, Inc. | 731 Linden Ave. #1 | Elgin, IL 60120 | |
| 12832509 | Flores M, Martires Alexander | 4213 Brooks St NE | Apt T3 | Washington, DC 20019 |
| 12832511 | Flores, Franklin | 1329 Randolph St NW | Washington, DC 20011 | |
| 12832510 | Flores, Heidi | 6746 Eastern Ave NW. | Washington, DC 20012 | |
| 12832512 | Foster, Damion | 415 Ventura Avenue | Capitol Heights, MD 20743 | |
| 12832514 | Fuentes Cruz, Marlenis M. | 6101 16Th Street NW | Apt. 709 | Washington, DC 20011 |
| 12832515 | Funez, Sandra E. | 3634 Edison Street | Apt. 302 | Alexandria, VA 22305 |
| 12832527 | GOLD CRUST BAKING CO., INC. | 6200 Columbia Park Rd | Landover, MD 20785 | |
| 12832547 | GREATER PEST SOLUTION | 10007 Greenbelt Rd | Apt 301 | Lanham, MD 20706 |
| 12832548 | GRINDING COMPANY OF AMERICA INC. | 105 Annabel Ave | Baltimore MD 21225 | |

| | | | | |
|---|---|---|---|---|
| 12832516 | Galdamez, David A | 11905 Ivahar St | Silver Spring, MD 20902 | |
| 12832517 | Garcia luis, Leticia | 310 N Piedmont St | Arlington, VA 22203 | |
| 12832518 | Garcia, Lesly | 3601 Easeetern Ave | Mount Rainier, MD 20712 | |
| 12832519 | Garcia, Yeni | 6201 20Th Place | Hyattsville, MD 20782 | |
| 12832520 | Garnes, Logan | 2917 N Whipple Street | Chicago, IL 60618 | |
| 12832521 | Gavidia, Dina | 3320 Springdale Ave | Forestville, MD 20747 | |
| 12832522 | Gebremariam, Alazar G. | 2002 Oliver Street | Hyattsville, MD 20782 | |
| 12832523 | Gebremeskei, Anteneh A | 1440 Rock Creek Ford Road | #405 | Washington, DC 20011 |
| 12832524 | Giron, Merelyn | 410 Delafield Pl NW | Washington, DC 20011 | |
| 12832525 | Giron, Seleny | 410 Delafield Pl NW | Washington, DC 20011 | |
| 12832526 | Giron, Yexenia | 410 Delafield Pl NW | Washington, DC 20011 | |
| 12832528 | Gomez Utuy, Gustavo | 3701 16 Th St NW | Washington, DC 20010 | |
| 12832529 | Gomez, Ingrid | 1610 Park Rd NW | Washington, DC 20010 | |
| 12832530 | Gomez, Roberto | 1336 Missouri Ave N.W | Washington DC 20011 | |
| 12832531 | Gonzales Moran, Jose Saul | 1320 Fairmont St NW | Washignton, DC 20010 | |
| 12832532 | Gonzales, Bessy | Four Mile 527 | Alexandria, VA 22315 | |
| 12832533 | Gonzalez, Brenda | 3506 6Th Street Se | Washington, DC 20032 | |
| 12832534 | Gonzalez, Daisy | 129 Rittenhouse St | Washington, DC 20011 | |
| 12832535 | Gonzalez, Davon | 3768 Hayes Street NE | Washington, DC 20019 | |
| 12832536 | Gonzalez, Leydi | 4923 Beaungard St | Apt 201 | Alexandria, VA 22312 |
| 12832537 | Gonzalez–Martinez, Alesandra | 632 Massachusetts Ave NE | APT 1 | Washington, DC 20002 |
| 12832538 | Gordon, Alex | 11606 Twining Lane | Potomac, MD 20854 | |
| 12832539 | Government Properties Income Trust | 11 Dupont Circle W | Suite 775 | Washington, DC 20036 |
| 12832541 | Granados, Bertha | 3325 Chauncy Pl | Mount Rainier, MD 20712 | |
| 12832540 | Granados, Joaquin | 242 35Th St NE | Washington, DC 20019 | |
| 12832542 | Granados, Rosa | 2011 Lewisdale Drive | Hyattsville, MD 20783 | |
| 12832543 | Graves, Milan | 1366 Hamilton Street NW | Washington, DC 20011 | |
| 12832544 | Gray, Le'Angela P | 4651 Nannie Helen Burrough 108 | Washington, DC 20019 | |
| 12832545 | Great Forest Management Services | 2014 Fifth Ave | New York, NY 10035 | |
| 12832546 | Great Forest Sustainability Solutions | 2014 Fifth Ave | New York, NY 10035 | |
| 12832549 | Guardian Fire Protection Services | 7668 Standish Place | Rockville, MD 20855 | |
| 12832550 | Guevara Granados, Edith | 3220 Chillum Rd. | Mount Rainier, MD 20712 | |
| 12832551 | Guevara, Yenny | 3610 Marlbrough Way | College Park, MD 20740 | |
| 12832552 | Gutierrez Garcia, Claudia | 5782 Dunster Ct | Alexandria, VA 22311 | |
| 12832568 | HERR FOODS, INC. | 20 Herr Drive | PO Box 300 | Nottingham, PA 19362 |
| 12832575 | HINES 1200 NINETEENTH STREET LLC | 1200 19th St NW | Suite 930 | Washington DC 20036 |
| 12832576 | HOBART SERVICE | 4 Gloria Lane | Fairfield, NJ 07004 | |
| 12832553 | Hadpro | 4723A Eisenhower Ave | Alexandria, VA 22304 | |
| 12832554 | Hampton, Ericka | 2217 E. 69Th Street | Chicago, IL 60649 | |
| 12832555 | Hardy, Julian | 5206 13Th St NW | Washington, DC 20011 | |
| 12832556 | Harri LLC | 611 Broadway | Suite 309 | New York, NY 10012 |
| 12832557 | Hawkins, LaTravia | 8519, 63Rd Ave | Berwyn Heights, MD 20740–2653 | |
| 12832558 | Henriquez, Martha | 3145 Mount Pleasant St NW | APT 201 | Washington, DC 20010 |
| 12832559 | Henrriquez, Andres | 7400 23Rd Ave | Hyattsville, MD 20783 | |
| 12832560 | Hernandez, Consuelo | 6213 64Th Ave | Riverdale, MD 20737 | |
| 12832561 | Hernandez, Erika | 780 W. Army Trail Rd | Carol stream, IL 60188 | |
| 12832562 | Hernandez, Jacqueline | 2901 Allison St | Mount Rainer, MD 20712 | |
| 12832567 | Hernandez, Nanci Y | 9712 51St Ave | College Park, MD 20740 | |
| 12832563 | Hernandez, Ricardo | 120 S Huron Dr | Oxon Hill, MD 20745 | |
| 12832564 | Hernandez, Rosslin | Van Buren St | Hyattsville, MD 20782 | |
| 12832565 | Hernandez, Yanira | 2717 Nicholson St | Hyattsville, MD 20782 | |
| 12832566 | Hernandez, Yulma | 3260 Queenstown Dr | Mount Rainier, MD 20712 | |
| 12832570 | Herrera, Escarla M | 3328 Buchanan St | Mount Rainer, MD 20712 | |
| 12832569 | Herrera, Genesis | 9010 Piney Branch Rd | Silver Spring, MD 20903 | |
| 12832571 | Herrera, Yoceli | 6947 Decatur St | Hyattsville, MD 20784 | |
| 12832572 | Hickman, Jeff | 10890 Peachwood Drive | Manassas, VA 20110 | |
| 12832573 | Highland Baking Company | 2301 Shermer Rd | Northbrook, IL 60062 | |
| 12832574 | Hill, Aaron | 905 21St St NE | Washington, DC 20002 | |
| 12832577 | Hobson, Marlena | 3536 W 83Rd Pl | Chicago, IL 60652 | |
| 12832578 | Holmes, Akhia | 15916 5 | Harvey, IL 60426 | |
| 12832579 | Howard, Octavia | 4307 3Rd Street Se | Washington, DC 20032 | |
| 12832580 | Howze, Samuel | 4015 Glen Avenue | Baltimore, MD 21215 | |
| 12832581 | Hsieh, Meng–Xiu | 2601 Parker Ave | Silver Spring, MD 20902 | |
| 12832582 | Hutson, Danetria | 655 W. 65Th | Chicago, IL 60621 | |
| 12832584 | INDUSTRIAL STEAM CLEANING INC | PO Box 1130 | Rockville, MD 20849 | |
| 12832585 | INDUSTRIOUS REALTY | 7501 Wisconsin Ave Suite 630E | Bethesda, MD 20814   301.804.4380 | |
| 12832583 | Idris, Sidkky | 6238 Les Dorson Lane | Alexandria, VA 22315 | |
| 12832586 | Integrated Design Consultants, LLC | 1301 Gibbs Ct | Bel Air, MD 21014 | |
| 12832587 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | |
| 12832590 | JBG SMITH | 2101 L Street NW, Suite C–100 | Washington, DC 20037 | |
| 12832591 | JEMAL'S DOUGLAS STEREO LLC | 702 H St NW | Suite 400 | Washington, DC 20001 |
| 12832593 | JOSEPH M. GREENE | 1924 I St NW | Washington, DC 20006 | |
| 12832588 | Jackson, Samantha | 7517 Vernon Square Dr. | Alexandria, VA 22306 | |
| 12832589 | Jankovic, Nikola | 5445 Taney Avenue | Alexandria, VA 22304 | |
| 12832592 | Joiner, Marcella | 6209 S Michigan | Chicago, IL 60637 | |
| 12832594 | Jovanovic, Milos | 2302 41St Street NW | Apt. 1 | Washington, DC 20007 |

| | | | |
|---|---|---|---|
| 12832595 | Joya, Ana | 7010 Farragut St | Hyattsville, MD 20784 |
| 12832596 | Joya, Ivan Kevin | 7975 Audubon Ave   Apt 1 | Alexandria, VA 22306 |
| 12832597 | Joya, Patricia Y | 6101 16Th St NW, Apt#108 | Washington, DC 20011 |
| 12832598 | Khan, Shahzad | 5219 Spanish Dollar Ct | Woodbridge, VA 22193 |
| 12832599 | Kinsella, James | 11420 Rolling House Road | Rockville, MD 20852 |
| 12832604 | LaRosa, Sergio | 5822 33Rd Avenue | Hyattsville, MD 20782 |
| 12832600 | Lacan, Ana | 3105 Georgia Ave NW   APT #1 | Washington, DC 20010 |
| 12832601 | Lancaster, Scott | 6700 Belcrest Rd | Hyattsville, MD 20740 |
| 12832603 | Larios, Flor | 7611 Georgia Ave NW   #601 | Washington, DC 20012 |
| 12832602 | Larios, Sara | 1815 17Th Street N.W. | Washington, DC 20009 |
| 12832605 | Lassiter–Jordan, Ariel | 2905 Pomeroy Rd | Washington, DC 20020 |
| 12832606 | Laura Metzler Photography | 2009 Beacon Place | Reston, VA 20191 |
| 12832607 | Lee, Leon | 4920 N. Marine Drive | Chicago, IL 60640 |
| 12832608 | Lefcowitz, Kimberly A | 10951 Bucknell Drive | Silver Spring, MD 20902 |
| 12832609 | Lemus, Yasmin | 8625 Piney Branch Rd | Silver Spring, MD 20901 |
| 12832610 | Lemus, Yessica | 2313 Woodberry St Hyattsville | Georgia, WA 20012 |
| 12832611 | Leon, Rogelio | 1310 6Th Street NW Unit 201 | Washington, DC 20001 |
| 12832612 | Leonard Paper Company | 725 N. Haven St | Baltimore, MD 21205–2986 |
| 12832613 | Lobo, Pablo C | 844 S Frederick St | Arlington, VA 22204 |
| 12832615 | Lopez Rodriguez, Tanairi | 1660 Thenia Place | Woodbridge, VA 22192 |
| 12832616 | Lopez, Agusto | 2406 Brightseat Rd | Landover, MD 20785 |
| 12832617 | Lopez, Elizabeth | 311 North Quebec Street | Arlington, VA 22203 |
| 12832618 | Lopez, Hortencia | 4610 15Th NW | Washington, DC 20011 |
| 12832619 | Lopez, Marvin | 3831 Joshua Pl Alexandria | Alexandria, VA 22309 |
| 12832620 | Lopez, Nineth | 3806 Hamilton St | Hyattsville, MD 20781 |
| 12832621 | Lopez–Flores, Luis | 4923 LaSalle Rd | Hyattsville, MD 20782 |
| 12832622 | Lovato, Jennifer C | 6103 42Nd Ave | Hyattsville, MD 20781 |
| 12832623 | Lozano, Hirvin | 25 E Wayne Ave Apt 104 | Silver Spring, MD 20901 |
| 12832614 | Lpez Hernandez, Abigail | 845 S Greenbrier St | Arlington, VA 22204 |
| 12832624 | Lugo, Santos W | 703 Lisle Dr | Bowie, MD 20721 |
| 12832625 | Lundgren, Vivian | 1935 Columbia Pike | Arlington, VA 22204 |
| 12832626 | M&S Welding | 354 White Oak Rd   #103 | Fredericksburg, VA 22405 |
| 12832627 | Machado, Julissa | 2313 Woodberry St | Hyattsville, MD 20782 |
| 12832628 | Maloney, Andrew | 1820 N Fremont St | Chicago, IL 60614 |
| 12832629 | Mandic, Dajana | 3308 Buchanan Street #201 | Mount Rainier, MD 20712 |
| 12832630 | Marquina, Ada | 6101 16Th St NW   apt 106 | Washington, DC 20011 |
| 12832631 | Martinez Salmeron, Brizeyda E | 6020 Bellview Dr | Falls church, VA 22041 |
| 12832632 | Martinez, Guadalupe | 2720 Kirkwood Pl | Hyattsville, MD 20712 |
| 12832633 | Martinez, Rebeca | 3620 Stonesboro Rd | Fort Washington, MD 20744 |
| 12832634 | Matamoros Reyes, Yesenia Patricia | 3200 16Th St NW   Apt 204 | Washington, DC 20010 |
| 12832635 | Mayorga, Dina C. | 7611 Georgia Avenue NW   Unit 601 | Washington, DC 20012 |
| 12832636 | McGruder, Christopher | 2515 N Lockwood, Unit 1 | Chicago, IL 60639 |
| 12832637 | McIlwainBey, Tyrik | 1703 Forest Glen | Silver Spring, MD 20910 |
| 12832638 | Mejia, Carmen | 3844 Florence Dr. | Alexandria, VA 22305 |
| 12832639 | Melendez, Aracely | 3703 Ingalls Avenue | Hyattsville, MD 20784 |
| 12832640 | Membreno, Jose B | 3260 Queenstown Drive | Mount Rainier, MD 20712 |
| 12832641 | Memije, Joseph | 2421 W Homer St | Chicago, IL 60647 |
| 12832642 | Mendoza Arevalo, Blanca L | 7701 Georgia Avenue NW   Apt. 601 | Washington, DC 20012 |
| 12832643 | Mendoza Diaz, Santos | 4924 Adrian St | Rockville, MD 20853 |
| 12832644 | Merino, Antonia | 300 P Street | Washington, DC 20001 |
| 12832645 | Mertus, Emmanuel | 2705 Dawson Ave | Silver Spring, MD 20902 |
| 12832646 | Mijatovic, Vladan | 108 Michigan Avenue NE   Apt. E32 | Washington, DC 20017 |
| 12832647 | Millennium Midwest | 4102 Loop 337 | New Braunfels, TX 78130 |
| 12832648 | Mimeo.com | PO Box 654018 | Dallas, TX 75265–4018 |
| 12832649 | Miranda Garca, Jessica | 17125 Queen Victoria Ct | Gaithersburg, MD 20877 |
| 12832650 | Miranda Garcia, Karen | 2419 Kent Village Hyattsville | Hyattsville, MD 20785 |
| 12832651 | Moki Media Hakki LLC | 1305 Wisconsin Ave NW   Suite 2A | Washington, DC 20007 |
| 12832652 | Molino, Junior Alexander | 13106 Hathaway Dr | Silver Spring, MD 20906 |
| 12832653 | Montes, Sandra | 2564 Chainbridge Rd | Vienna, VA 22181 |
| 12832654 | Moradel, Daniela | 4945 Americana Dr | Annandale, VA 22003 |
| 12832655 | Morales Barreno, Mayron | 7215 Wayne Dr. | Annandale, VA 22003 |
| 12832656 | Mortera, Erick | 4706 N Kilpatrick Av. | Chicago, IL 60630 |
| 12832657 | Moses, Kevin | 2921 20Th St NE | Washington, DC 20018 |
| 12832658 | Moss Adams LLP | 2040 Main St   Suite 900 | Irvine, CA 92614 |
| 12832659 | Nava, Antonia | 24 K St NW | Washington, DC 20001 |
| 12832660 | Nealis, Inge | P.O. 42031, 1210 S. Glebe Rd | Arlington, VA 22204 |
| 12832661 | Neyer, Kristopher | 1600 S Eads St | Arlington, VA 22202 |
| 12832662 | Nguyen, Linda | 752 S. Harrison Street | Arlington, VA 22204 |
| 12832663 | Nickelson, Shaquille | 620 N. Trumbull | Chicago, IL 60624 |
| 12832664 | Nieto Isaula, Marta | 3404 39Th Pl | Brentwood, MD 20722 |
| 12832665 | Nolasco Argueta, Carmen Liseth | 2005 Maryland Avenue   #101 | Washington, DC 20002 |
| 12832666 | Nolasco, Iris | 5408 5Th St NW | Washington DC20011 |
| 12832667 | Nolasco, Maria | 242 35Th St NE | Washington, DC 20019 |
| 12832668 | Nolasco, Salvador | 242 35Th St NE | Washington, DC 20019 |
| 12832669 | Northwestern Development Company 'B' | 1120 Connecticut Ave NW   Suite 1200 | Washington, DC 20036 |
| 12832670 | Nouira, Mohamed | 7456 Zanuck Ct | Annandale, VA 22003 |
| 12832671 | Novak, Paul Duffy | 950 Westmoor Rd | Winnetka, IL 60093 |

| | | | | |
|---|---|---|---|---|
| 12832672 | Nunez King, Jazmin | 69Th Pl | Hyattsville, MD 20784 | |
| 12832673 | Nunez, Natalie | 4528 Kinmount Rd | Lanham, MD 20706 | |
| 12832677 | O'Neill, Sean | 2424 South Oakland Street | Arlington, VA 22206 | |
| 12832675 | OND PROPERTY LLC | 1 N Dearborn St | Suite 1175 | Chicago, IL 60602 |
| 12832674 | Ojeda–Florian, Dulce | 3168 Hewitt Ave | Silver Spring, MD 20906 | |
| 12832676 | One Source Systems | 1900 Fenwick Street NE | Suite A | Washington DC 20002 |
| 12832678 | Ordonez, Estela | 3701 16Th St NW | Washington, DC 20010 | |
| 12832680 | Orellana, Cesar | 42261 Jessica Farm Terrace | Ashburn, VA 20148 | |
| 12832679 | Orellana, Hilda | 1525 Jasper St | Silver Spring, MD 20902 | |
| 12832691 | PAYTRONIX | 80 Bridge St | Newton, MA 02458 | |
| 12832697 | PFA–D Silver Spring, LLC | PO Box 75383 | Charlotte, NC 28275 | |
| 12832681 | Pacheco Garcia, Leonor | 5223 Kenilworth Avenue | Hyattsville, MD 20781 | |
| 12832683 | Pacheco, Ingrid | 2400 Brightseat Rd | Apt T02 | Hyattsville, MD 20785 |
| 12832682 | Pacheco, Jonothan | 2400 Brightseat Rd | Hyattsville, MD 20721 | |
| 12832684 | Paniagua, Vicente | 716 Chillum Road | Hyattsville, MD 20783 | |
| 12832685 | Parada, Johanna Eliabeth | 6028 Fairview Place | Falls church, VA 22041 | |
| 12832686 | Paredes De Jesus, Luis Miguel | 1424 Chapin St NW | Washington DC 20009 | |
| 12832687 | Pastor, Raquel | 9930 Moss Avenue | Silver Spring, MD 20901 | |
| 12832688 | Patrick, Danita | 4905 Fulton | Chicago, IL 60644 | |
| 12832689 | Patten, Casey | 215 I Street NE | Washington, DC 20002 | |
| 12832690 | Patterson, Keith | 1502 E 74Th Street | Chicago, IL 60619 | |
| 12832692 | Pearson, Timothy O | 3061 Clinton St NE | Washington, DC 20018 | |
| 12832693 | Perez Martinez, Maria | 1011 Rittenhouse St | Washington, DC 20011 | |
| 12832695 | Perez, Isabel Sucely Rojop | 1414 Upshur St NW | APT. 104 | Washington, DC 20011 |
| 12832694 | Perez, Jaime | 3717 Leverton St | Silver Spring, MD 20906 | |
| 12832696 | Perez, Yesica | 527 Four Mile Road | #7 | Alexandria, VA 22305 |
| 12832698 | Phelps, Joshua | 917 W Eastwood Ave | Chicago, IL 60640 | |
| 12832699 | Pilipovic, NIkola | 140 Michigan Ave, NE | Washington, DC 20017 | |
| 12832700 | Polanco Vasquez, Mario | 1414 Upshur St NW | Washington, DC 20011 | |
| 12832701 | Porras, Victor | 506 University Blvd | Silver Spring, MD 20901 | |
| 12832702 | Portillo Umaa, Victor | 1916 Ruatan St | Hyattsville, MD 20783 | |
| 12832703 | Portillo, Ana | 3804 65Th Ave | Hyattsville, MD 20784 | |
| 12832704 | Portillo, Cindy | 1333 Peabody St NW | Washington, DC 20011 | |
| 12832705 | Portillo, Reyna | 3537 11Th Street NW | Apt # 215 | Washington, DC 20010 |
| 12832706 | Posada, Nerys | 4413 Chestnut Street | Bethesda, MD 20814 | |
| 12832741 | ROTO–ROOTER | 5672 Collections Center Dr | Chicago, IL 60693 | |
| 12832708 | Ramirez, Lenny Y | 3435 Holmead Place NW | Apt. 301 | Washington, DC 20010 |
| 12832707 | Ramirez, Saul | 1640 NEw Jersey Ave NW | Washington, DC 20001 | |
| 12832709 | Ramos Canales, Bryan Ruben | 5313 Powhatan Street | Riverdale, MD 20783 | |
| 12832710 | Ramos Perez, Laura Cristina | 2303 11Th St N | Arlington, VA 22201 | |
| 12832711 | Rashid, Douglas | 2420 14Th Street NW | Apt 803 | Washington, DC 20009 |
| 12832712 | Rauada, Ismael | 408 Southampton Drive | Silver Spring, MD 20903 | |
| 12832713 | Rauda, Kevin | 408 Southampton Dr | Silver Spring, MD 20903 | |
| 12832715 | ReD SOLUTIONS | 4102 Loop 337 | New Braunfels, TX 78130 | |
| 12832714 | Recycle Track Systems, Inc. | 435 Hudson St | Suite 404 | New York, NY 10014 |
| 12832716 | Reddix, Essence | 3634 Dean Drive | Hyattsville, MD 20782 | |
| 12832717 | Reed, Melissa | 9023 South Houston Avenue | Chicago, IL 60617 | |
| 12832718 | Regency Enterprises Inc. | PO Box 205325 | Dallas, TX 75320 | |
| 12832719 | Repair 24 | PO Box 201 | The Plains, VA 20198 | |
| 12832720 | Reyes Larios, Reyna | 4529 38Th Street | Brentwood, MD 20722 | |
| 12832721 | Reyes, Blanquita | 144 Patrick St Se | Vienna, VA 22180 | |
| 12832722 | Reyes, Irene | 8625 Piney Branch Rd | Silver Spring, MD 20901 | |
| 12832723 | Reyes, Javier | 1525 Jasper St | Silver Spring, MD 20902 | |
| 12832724 | Reyes, Juan | 1362 Quincy St, NW | Washington, DC 20011 | |
| 12832725 | Reyes, Nancy | 1430 Tuckerman St NW | Washington, DC 20011 | |
| 12832727 | Reyes, Sarahi | 1525 Jasper St | Silver Spring, MD 20902 | |
| 12832728 | Reyes, Vanessa A | 3408 65 Avenue | Hyattsville MD 20784 | |
| 12832726 | Reyes, Yenny | 8623 Piney Branch Rd | Silver Spring, MD 20901 | |
| 12832729 | Rivera III, Eligio | 2451 W Homer St. | Chicago, IL 60647 | |
| 12832730 | Rivera, Dixiana | 3356 Chillum Rd | Mount Rainier, MD 20712 | |
| 12832731 | Rivera, Joshua | 2451 W. Homer St | Chicago, IL 60647 | |
| 12832732 | Rivera, Sandra L | 1515 Ogden Street NW | Washington, DC 20010 | |
| 12832733 | Roberts, Bryant | 7523 Cross Street | District Heights, MD 20747 | |
| 12832734 | Robinson, Steven | 905 21St Street NE | Apt. 303 | Washington, DC 20002 |
| 12832735 | Rocha, Andrea D | 7259 Parkwood Ct | Apt 202 | Falls Church, VA 22042 |
| 12832737 | Rodriguez, Guadalupe | 2012 S Langley St | Arlington, VA 22204 | |
| 12832736 | Rodriguez, Suyapa | 3132 16Th St NW | Washington, DC 20010 | |
| 12832738 | Ropes & Gray LLP | 1211 Avenue of the Americas | New York, NY 10016 | |
| 12832739 | Rosa Reyes, Gissel Charlot | 4811 69Th Place | Hyattsville, MD 20784 | |
| 12832740 | Rosenberger, Eric | 6499 Spring Plow Ln | Columbia, MD 21045 | |
| 12832742 | Ruano, Mariela | 6918 Columbia Dr | Alexandria, VA 22307 | |
| 12832743 | Ruiz Urbina, Sindy | 1 East Custis Ave | Alexandria, VA 22301 | |
| 12832744 | Ruiz, Vilma | 1445 Otis Pl NW | Washington DC 20010 | |
| 12832768 | SHRED ACE | PO Box 15519 | Durham, NC 27704 | |
| 12832772 | SODIBAR SYSTEMS, INC. | 5801 Arbor St | Hyattsville, MD 20710 | |
| 12832786 | SYSCO BALTIMORE | 8000 Dorsey Run Rd | Jessup, MD 20794 | |
| 12832745 | Saavedra Palma, Cinthia Aracely | 3258 Queenstown Dr | Mount Rainier, MD 20712 | |
| 12832746 | Saavedra, Edgar | 3404 39Th Pl, 3404 39Th Pl | Brentwood, MD 20722 | |

| | | | | |
|---|---|---|---|---|
| 12832747 | Salesforce.com Inc | The Landmark @ One Market | Suite 300 | San Francisco, CA 94105 |
| 12832748 | Salmeron, Nathaly | 5705 Jamestown Rd | Hyattsville, MD 20782 | |
| 12832749 | Sam Hurd Photography | 917 Army Road | Townson, MD 21204 | |
| 12832750 | Samol, Cristina | 309 N George Mason Drive | Apt. 3 | Arlington, VA 22203 |
| 12832751 | Sanchez, Candida | 7303 16Th Place | Hyattsville, MD 20783 | |
| 12832754 | Sanchez, Ever Bladimir | 6101 16Th Street NW | Apt. 709 | Washington, DC 20011 |
| 12832755 | Sanchez, Jessica | 1616 West Carmen | Chicago, IL 60640 | |
| 12832752 | Sanchez, Marc | 12804 Tamarack Rd | Silver Spring, MD 20904 | |
| 12832756 | Sanchez, Marcos | 6177 Arlington Blvd | Falls Church, VA 22044 | |
| 12832753 | Sanchez, Marisol | 4938 S Seeley Ave | Chicago, IL 60609 | |
| 12832757 | Sanchez, Monica | 201 36Th Street NE | Apt. 102 | Washington, DC 20019 |
| 12832758 | Santeliz, Mauricio | 11434 Lockwood Drive | Silver Spring, MD 20904 | |
| 12832759 | Santos, Josue V | 6359 Staghorn Ct | Alexandria, VA 22315 | |
| 12832760 | Saravia, Erika | 6028 Fairview Pl | Falls church, VA 22041 | |
| 12832761 | Secretary of Treasury | 15th & Pennsylvania Avenue, N.W. | Washington, DC 20220 | |
| 12832762 | Sedra, Kamal N | 801 N Wakefield St | Apt 212 | Arlington, VA 22203 |
| 12832763 | Severino, Maria Esther | 4243 58Th Ave | Bladensburg, MD 20710 | |
| 12832764 | Sevilla, Karla | 1035 Perry St NE | Washington DC 20017 | |
| 12832765 | Sgrignoli, Bionca | 7149 S Damen Ave | Chicago, IL 60636–3716 | |
| 12832766 | Sgrignoli, Victoria | 7149 South Damen | Chicago, IL 60636 | |
| 12832767 | Shoes For Crews LLC | PO Box 504634 | St Louis, MO 63150–4634 | |
| 12832769 | Siguenza, Gabriela | 5109 10Th Place South | Arlington, VA 22204 | |
| 12832770 | Snak King | 62563 Collection Center Dr | Chicago, IL 60693–0123 | |
| 12832771 | Sneed, Onisha | 2207 E 75Th St | Chicago, IL 60458 | |
| 12832773 | Solis–Lazo, Efrain | 4313 57Th Ave | Bladensburg, MD 20710 | |
| 12832774 | Sorto, Brenda | 2906 Kings Chapel Rd. | Falls Church, VA 22042 | |
| 12832775 | Sorto, Josue | 1839 13Th St NW | Washington, DC 20009 | |
| 12832776 | Sorto, Priscilla | 7400 Lucerne Lane | Annandale, VA 22003 | |
| 12832777 | Speier, Robert | 7106 Old Gate Rd | Rockville, MD 20852 | |
| 12832778 | Speller, Patrick | 601 Fairmont St NW | Washington DC 20001 | |
| 12832779 | Stanojevic, Strahinja | 410 S Whiting Street | Alexandria, VA 22304 | |
| 12843175 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801–0820 |
| 12832780 | Stevens, Jasmine | 2002 Powhatan Rd | Hyattsville, MD 20782 | |
| 12832781 | Stevens, Londyn J | 6023 New Forest Court Apt. 5 | Waldorf, MD 20603 | |
| 12832782 | Stevenson, Cheyenne | 5208 Decatur St | Hyattsville, MD 20781 | |
| 12832783 | Strong, Imani | 2001 Mississippi Ave Se | Washington, DC 20020 | |
| 12832784 | Strong, Lonnie | 6209 S Michigan Ave | Chicago, IL 60637 | |
| 12832785 | Superior Signs | 2510 Willis Road | Richmond, VA 23237 | |
| 12832787 | Sysco Chicago Inc. | 250 Weiboldt Drive | Des Plaines, IL 60016 | |
| 12832790 | THE O'KEEFE GROUP, INC. | PO Box 1240 | Attleboro, MA 02703 | |
| 12832788 | Testa Produce, Inc. | 4555 S. Racine Ave | Chicago, IL 60609 | |
| 12832789 | The Door Marketing Group, LLC | 37 W. 17th Street | Fifth Floor | New York, NY 10011 |
| 12832791 | The Playlist Generation | 6121 Sunset Blvd | Los Angeles, CA 90028 | |
| 12832792 | Thorton, Donovan | 1103 Abbey Pl NE | Washington, DC 20002 | |
| 12832793 | Tinker, Raylon | 434 Delafield Pl. NW | Washington, DC 20011 | |
| 12832794 | Triaji, Fachri | 9719 51St Avenue | College Park, MD 20740 | |
| 12832795 | Triton Imaging Systems | 31320 Via Colinas | Suite 103 | Westlake Village, CA 91362 |
| 12832796 | Trujillo, Daniel | 5611 Quincy St | Hyattsville, MD 20784 | |
| 12832797 | Tucux Chaj, Aura | 1203 7Th St, NW | washington, DC 20001 | |
| 12832798 | Turcios, Keily Nahomy | 15 Maccausland Pl | Gaithersburg, MD 20877 | |
| 12832802 | US Department of Justice | Ben Franklin Station | PO Box 683 | Washington DC 20044 |
| 12832799 | Ulloa, Jorge | 847 Saint Michaels Drive | Bowie, MD 20721 | |
| 12832800 | Ulloa–Santos, Zuleima | 1445 Park Rd NW | Washington, DC 20010 | |
| 12832801 | Upshaw, Nakye | 2206 Alice Avenue | Oxon Hill, MD 20745 | |
| 12832818 | VORNADO CHARLES E. SMITH | 1901 S Bell St | Suite 150 | Arlington, VA 22202 |
| 12832803 | Vail Vicente, Francisco Ivan | 411 N. Glebe Road | Arlington, VA 22203 | |
| 12832804 | Valdez, Bessi | 7742 Frederick Rd | Hyattsville, MD 20784 | |
| 12832805 | Vanegas–Lacan, Michelle | 3105 Georgia Ave NW | Washington, DC 20010 | |
| 12832807 | Vasquez, Edardo | 2406 Brightseat Road | Landover, MD 20785 | |
| 12832808 | Vasquez, Herlinda | 106 N Thomas Street #1 | Arlington, VA 22203 | |
| 12832806 | Vasquez, Santa | 1033 Quebec Pl NW | Washington, DC 20010 | |
| 12832809 | Vaughan, Elijah A | 305 N Latrobe Ave | Chicago, IL 60644 | |
| 12832810 | Vazquez, Johnathan | 1907 S 50Th Ct | Cicero, IL 60804 | |
| 12832811 | Vazquez, Krystal | 1907 South 50Th Ct | Cicero, IL 60804 | |
| 12832812 | Velasquez, Ana | 2516 Eliot Pl | Temple Hills, MD 20748 | |
| 12832813 | Velasquez, Carolina | 5740 Colorado Ave NW | Washington DC 20011 | |
| 12832814 | Veney, David Ralph Leon | 1009 Kennebec Street | Unit 3B | Oxon Hill, MD 20745 |
| 12832815 | Vicente Gomez, Doris Y. | 411 N. Glebe Road | Apt. 4 | Arlington, VA 22099 |
| 12832816 | Villatoro, Kenia | 8800 Bradford Rd | Silver Spring, MD 20901 | |
| 12832817 | Vizarretea Solis, Guadalupe | 8625 Piney Branch | Silver Spring, MD 20901 | |
| 12832822 | WHARF PHASE 1 RETAIL REIT LEASEHOLDER | 690 Water St SW | Washington, DC 20024 | |
| 12832819 | Walker, Andrea | 1316 Fenwick Lane | Silver Spring, MD 20910 | |
| 12832820 | Washington, Alan | 1226 Faraday Place NE | Washington, DC 20017 | |
| 12832821 | Wease, Kattie L | 12501 | Rockville, MD 20902 | |
| 12832823 | Whealton, Lyric | 506 45Th Street NE | Washington, DC 20019 | |
| 12832824 | Williams, Tiffany | 4071 Minnesota Avenue | Apt. 23 | Washington, DC 20019 |
| 12832825 | Zavala, Jeffrey | 5111 8Th Rd S | Arlington, VA 22204 | |

12832826    Zuaso, Milton    6630 Georgia Ave NW    Washington, DC 20012

TOTAL: 454